**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00132-CR

**COBY DESHAWN NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-33473-V**

## ORDER
Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/     DAVID J. SCHENCK
        JUSTICE